No. 214. García, Petitioner, v. District Court of Agua-
dilla.—Mandamus. Decided November 15, 1923. Denied for

the reasons stated in *Del Valle* v. *District Court of Aguadilla,* November 8, 1923.